**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER S. YEH     6777-0
 (*cyeh@marrjones.com*)
RONALD TANG     11034-0
 (*rtang@marrjones.com*)
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorneys for Defendants
BIG MONSTER SUSHI, LLC and
RUNGRUEANG KAMRAITHONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| On behalf of Themselves and Those Similarly Situated,<br><br>JOSEPH and JUTHAMAT BIRWARI,<br><br>      Plaintiffs,<br><br>  vs.<br><br>BIG MONSTER SUSHI LLC; RUNGRUEANG KAMRAITHONG; JOHN DOE CORP. 1-10 and JOHN DOE 1-10,<br><br>      Defendants. | CIVIL NO. 23-00323 KJM<br><br>**STIPULATION FOR DISMISSAL** WITH PREJUDICE AS TO PLAINTIFFS JOSEPH AND JUTHAMAT BIRWARI AND WITHOUT PREJUDICE AS TO ALL OTHER CLAIMS AND PARTIES<br><br><br>Trial:<br>Date: January 6, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Leslie E. Kobayashi |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS JOSEPH AND JUTHAMAT BIRWARI AND WITHOUT PREJUDICE AS TO ALL OTHER CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between Defendants BIG MONSTER SUSHI LLC and RUNGRUEANG KAMRAITHONG and Plaintiffs JOSEPH BIRWARI and JUTHAMAT BIRWARI, through their respective counsel, that all claims that have been or could have been brought in this action be and are hereby dismissed with prejudice as to Plaintiffs Joseph Birwari and Juthamat Birwari and without prejudice as to all other claims and parties.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. Each party shall bear their own attorneys' fees and costs. This matter is set for trial on January 6, 2025.

DATED:  Honolulu, Hawaii, September 4, 2024.

      /s/ *Christopher S. Yeh*
CHRISTOPHER S. YEH
RONALD TANG

Attorneys for Defendants
BIG MONSTER SUSHI, LLC and
RUNGRUEANG KAMRAITHONG

/s/ *Philip J. Krzeski*
ANDREW BARNA
BRYAN L. BLEICHNER
PHILIP J. KRZESKI
JOSEPH M. LYON

Attorneys for Plaintiffs
JOSEPH and JUTHAMAT
BIRWARI

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, September 4, 2024.

_____
Kenneth J. Mansfield
United States Magistrate Judge

_____
*Joseph and Juthamat Birwari vs. Big Monster Sushi, LLC, et al.;* Civil No. 23-00323 KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

3